# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Maria A. Pallante*

Register of Copyrights, United States of America

January 24, 2014

Date Of Recordation

| 9904 | 752 |
|---|---|
| Volume | Doc. No. |

# NOTICE OF TERMINATION
## OF AN EXCLUSIVE GRANT OR LICENSE EXECUTED BY THE AUTHOR AFTER JANUARY 1, 1978

17 U.S.C. § 203; 37 C.F.R. § 201.10

## I. GRANTEES WHOSE RIGHTS ARE BEING TERMINATED

Warner-Tamerlane Music Publishing Corp. (successor grantee)
Mighty Three Music (successor grantee)
Assorted Music (successor grantee)
10585 Santa Monica Blvd.
Los Angeles, CA 90025

Linda Womack a/k/a Zeriiya Zekkariyas, as widow of Cecil Womack (original grantee)
Zekkariyas Country House Music
c/o Zekkariyas Country House Music Mgmt, LLC
c/o Valis Group Inc.
501 Silverside Road, Suite 105
Wilmington, DE 19809

## II. WORK SUBJECT TO TERMINATION

| Title | Author(s) | Original Copyright Date | Registration No. |
|---|---|---|---|
| "Love T.K.O." | Gip Edward Noble, Jr. and Cecil Womack | July 16, 1980 | PAu000216132 |

### III. IDENTIFICATION OF THE APPLICABLE GRANT

Assignment of Copyright (as set forth in "Songwriter's Contract") from Edward "Gip" Noble, Jr. to Cecil Womack d/b/a Cecil Womack Music dated August 31, 1979

### IV. EFFECTIVE DATE OF TERMINATION

February 1, 2016

### V. TERMINATING PARTY

The following individual owns the entire termination interest of author Gip Edward Noble, Jr.:

| *Name* | *Address* | *Relationship* |
|---|---|---|
| Gip Edward Noble, Jr. | 9040 Berkley Avenue<br>Hesperia, CA  92264 | Author |

### VI. SIGNATURE

*Printed Name*

GIP EDWARD NOBLE JR

Gip Edward Noble, Jr.

*Signature*

*[signed] Gip Edward Noble Jr*

## PROOF OF SERVICE

State of California              }
                                 }
County of Los Angeles            }

I, EVAN S. COHEN, am employed in the aforesaid county, State of California; I am over the age of 18 years and; my business address is: 1180 South Beverly Drive, Suite 510, Los Angeles, California 90035-1157.

On January 21, 2014, I served the foregoing **NOTICE OF TERMINATION OF AN EXCLUSIVE GRANT OR LICENSE EXECUTED BY THE AUTHOR AFTER JANUARY 1, 1978** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

> **Warner-Tamerlane Music Publishing Corp. (successor grantee)**
> **Mighty Three Music (successor grantee)**
> **Assorted Music (successor grantee)**
> **10585 Santa Monica Blvd.**
> **Los Angeles, CA 90025**

> **Linda Womack a/k/a Zeriiya Zekkariyas, as widow of Cecil Womack**
> **(original grantee)**
> **Zekkariyas Country House Music**
> **c/o Zekkariyas Country House Music Mgmt, LLC**
> **c/o Valis Group Inc.**
> **501 Silverside Road, Suite 105**
> **Wilmington, DE 19809**

I am readily familiar with the business's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 21, 2014

_____
EVAN S. COHEN